JAMES D. NGUYEN (State Bar No. 179370)
E-mail: jimmynguygen@dwt.com

DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899

JAMES C. GRANT, WSBA #14358 *(pro hac vice)*
E-mail:  jamesgrant@dwt.com

REBECCA FRANCIS, WSBA #41196 *(pro hac vice)*
E-mail:  rebeccafrancis@dwt.com

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone:  206-622-3150
Fax:  206-757-7700

Attorneys for Defendant Amazon.com, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA FAGERSTROM and ALLEN WISELEY, individually and on behalf of all other similarly situated Californians,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AMAZON.COM, INC., a Delaware Corporation, and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No. **3:15-cv-00096-L-DHB**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>NOTE ON MOTION CALENDAR:<br><br>Monday, April 20, 2015<br><br>No Oral Argument |

NOTICE OF MOT. & MOT. TO COMPEL ARBITRATION

**DEFENDANT AMAZON.COM, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 23, 2015, Amazon.com, Inc., shall and does move the Court for an order compelling Plaintiffs Andrea Fagerstrom and Allen Wiseley to arbitrate their claims on an individual basis and dismiss this action.

Amazon bases this Motion on this Notice of Motion and Motion to Compel Arbitration and Dismiss Claims, and the concurrently filed Memorandum of Points and Authorities and Declaration of Deserae Weitmann (and attached exhibits), and upon such further argument as may be presented at the time of the hearing on April 20, 2015.

Dated: February 23, 2015

DAVIS WRIGHT TREMAINE LLP

By: s/ Rebecca Francis
Rebecca Francis, *pro hac vice*
Attorneys for Amazon.com, Inc.
E-mail: rebeccafrancis@dwt.com