# Exhibit C

 

## Review your order

By placing your order, you agree to Amazon.com's privacy notice and conditions of use.

**Shipping address** Change
VISA ending in
**Payment method** Change
**Billing address** Change
Same as shipping address

Ship to multiple addresses

**Gift cards & promotional codes**
[ Enter Code ] [ Apply ]

[ **Place your order** ]

**Order Summary**
Items (2):              $180.20
Shipping & handling:    $4.98

Total before tax:       $185.18
Estimated tax to be collected:*  $1.44

**Order total:**        **$186.62**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**FREE Two-Day Shipping on Eligible Items:**, you can save $4.98 on eligible items in this order by signing up for a free trial of Amazon Prime. Look for items marked "Amazon Prime eligible" below to see which qualify.

» **Sign up for a free trial**

**Items shipped from Amazon.com**
**Estimated delivery: Jan. 21, 2015**



**The Boys in the Boat: Nine Americans and Their Epic Quest for Gold at the 1936 Berlin Olympics**
by Daniel James Brown
**$10.20**
Amazon Prime eligible  Join now
Quantity: 1 Change
Sold by: Amazon.com LLC
Add gift options

**Choose a delivery option:**
○ FREE Two-Day Shipping with a free trial of amazon Prime
⦿ Standard Shipping — get it Wednesday, Jan. 21
○ Same-Day Delivery --get it tomorrow, Jan. 16, by 9pm



**Get a $30 Gift Card instantly**
upon approval for the Amazon.com Rewards Visa Card.   [ Apply now ]

**Items shipped from Extreme Supply**
**Estimated delivery: Jan. 22, 2015 - Jan. 27, 2015**



**Oakley Frogskins LX Sunglasses - Oakley Adult Polarized Lifestyle Authentic Sunglasses - Tortoise Blue/Bronze / One Size Fits All**
**$170.00**
Quantity: 1 Change
Sold by: Extreme Supply
Gift options not available.

**Choose a delivery option:**
⦿ FREE Standard — get it Jan. 22 - 27
○ Expedited — get it Jan. 20 - 23

[ **Place your order** ]

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Oklahoma, South Dakota and Vermont Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2015, Amazon.com, Inc.