EXHIBITS TABLE OF CONTENTS TO DECLARATION OF

TRENTON R. KASHIMA

**Exhibit**                                                                                                     **Page**

Exhibit 1: Homepage of Amazon.com, accessed on 3-23-14……………………….1

Exhibit 2: Amazon.com webpage titled "Cart" accessed on 12-15-14………….. 5

Exhibit 3: Amazon.com webpage titled "Sign In" accessed on 12-15-14………. 8

Exhibit 4: Amazon.com's "Registration" webpage accessed on 12-15-14……...10

Exhibit 5: Amazon.com's "Select a shipping address" webpage accessed on
12-15-14………………………………………………………………….…..12

Exhibit 6: Amazon.com's "Choose your shipping options" webpage accessed
on 12-15-14………………………………………………………………….....15

Exhibit 7: Amazon.com's " Select a payment method" webpage accessed on
12-15-14……………………………………….……………….…………….17

Exhibit 8: www.adr.org landing webpage accessed on 3-20-15…………..……..19

Exhibit 9: www.adr.org's "Search Rules" webpage accessed on 3-20-15……….21

Exhibit 10: www.adr.org's search results for "Supplementary Procedures for
Consumer-Related Disputes accessed on 3-20-15………………………....24

Exhibit 11: www.adr.org's "Consumer Arbitration Rules" accessed on
3-20-15………………………..………………………………….……. 27

Exhibit 12: www.adr.org's third page of search results for "Consumer –Related
Supplementary Procedures" accessed on 3-20-15……………….................72

Exhibit 13: www.adr.org's "Consumer Related Disputes Supplementary
Procedures" accessed on 3-20-15……………………………………….....75

Exhibit 14: www.adr.org's "Commercial Arbitration Rules and Mediation
Procedures (Including Procedures for Large, Complex Commercial Disputes
accessed on 3-20-15……………………………………………………….91